**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MARIELA SAYRITUPA, Individually,** | ) | |
| **and as NEXT FRIEND OF W.R. AND** | ) | |
| **A.R. MINORS; WILLIAM REYES,** | ) | |
| **SR., Individually, and as NEXT** | ) | |
| **FRIEND OF M.R. AND D.R.** | ) | |
| **MINORS, and MARGARITA** | ) | |
| **MENDOZA,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:20-cv-00759** |
| | ) | |
| **LINDA BALINTFY and 1MTX, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>ORDER</u>**

Magistrate Judge Frensley has issued a Report and Recommendation (Doc. No. 31), recommending that this action be dismissed without prejudice under Fed. R. Civ. P. 41(a) and L.R. 41.01(a) for failure to prosecute**.** As a consequence, he also recommends that Defendants' Motion to Dismiss for Failure to Comply With Court Orders (Doc. No. 29) be denied as moot. No objections have been filed.

Having considered the matter *de novo* in accordance with Rule 73 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Court rules as follows:

(1) The Report and Recommendation (Doc. No. 31) **is ACCEPTED AND APPROVED**;

(2) Defendants' Motion to Dismiss for Failure to Comply With Court Orders (Doc. No. 29) is **DENIED AS MOOT**;

1

(3) This case is hereby **DISMISSED WITHOUT PREJUDICE**; and

(4) The Clerk of the Court shall enter a final judgment and close this case.

IT IS SO ORDERED.


_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE